UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RIAN MALLARI and ANA LISA MALLARI,<br><br>   Plaintiffs,<br><br>v.<br><br>ECOLAB, INC., individually and f/k/a HUNTINGTON LABORATORIES, INC., and HUNTINGTON PROFESSIONAL PRODUCTS,<br><br>   Defendants. | Civil Action No. 06-CV-4377 DSD/SRN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY ORDERED, based upon the parties' Stipulation for Dismissal With Prejudice (Doc. No. 46), pursuant to Fed. R. Civ. P. 41, that the above-captioned action, together with all claims and causes of action of any kind which were or which could have been asserted herein, shall be and is hereby ***dismissed with prejudice*** without cost to any party, on the ground that Plaintiffs have presented no evidence that any Ecolab products could cause Rian Mallari's alleged illness and damages or did in fact cause Rian Mallari's illness and damages.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 8, 2007.

            BY THE COURT:


            s/David S. Doty
            David S. Doty
            United States District Court Senior Judge